(63 South. 504.)

No. 20,228.

STATE v. EDIMAR.

(Nov. 17, 1913.)

*(Syllabus by the Court.)*

BAIL (§ 55*)—APPEARANCE BOND—VALIDITY.

A judgment forfeiting a bail bond will be reversed where the record does not show any order admitting the accused to bail or fixing the amount of the bond.

[Ed. Note.—For other cases, see Bail, Cent. Dig. §§ 213–224, 228–238; Dec. Dig. § 55.*]

Appeal from Twenty-Second Judicial District Court, Parish of East Baton Rouge; H. F. Brunot, Judge.

Action by the State against Sam Edimar on a bail bond. From a judgment forfeiting the bond, defendant appeals. Reversed.

R. G. Pleasant, Atty. Gen., and Chas. A. Holcombe, Dist. Atty., of Baton Rouge (G. A. Gondran, of Donaldsonville, of counsel), for the State.

LAND, J. Defendant appealed from a judgment forfeiting his bail bond. It is admitted that the judgment is a nullity, because there is nothing in the record to show any order admitting the defendant to bail or fixing the amount of the appearance bond.

It is therefore ordered that the judgment appealed from be annulled, avoided, and reversed, and that the appearance bond be canceled.